**Sherry BARBRO, Appellant,**

v.

**Andrew MUELLER, Respondent.**

**No. 64415.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 22, 1994.

Henry B. Robertson, St. Louis, for appellant.

Larry D. Hale, St. Louis, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Plaintiff, Sherry Barbro, appeals the jury verdict in favor of Defendant, Andrew Muel-

ler, in her personal injury suit. Finding no error of law, we affirm. We further find an opinion in this matter would have no precedential value and affirm with written order. Rule 84.16(b)(5). We have provided a memorandum to the parties for their use only.